IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

---

**GARY MONROE HOLIFIELD, individually and
as next of kin of VICKI ANNE HOLIFIELD,
and the Estate of VICKI ANNE HOLIFIELD,
STANLEY WRIGHT, individually and
as next of kin of VICKI ANNE HOLIFIELD,
and the Estate of VICKI ANNE HOLIFIELD,
and ELIJAH ALEXANDER CONDICT, individually
and as next of kin of VICKI ANNE HOLIFIELD,
and the Estate of VICKI ANNE HOLIFIELD,**

                    **Plaintiffs,**

**v.**                                        No.    **2:25-cv-02606-SHL-atc**

**TIPTON COUNTY, TENNESSEE,
SHANNON BEASLEY, individually and in his
official capacity as Sheriff of Tipton County,
Tennessee,
KRYSTAL BERRY,
and other unknown and unnamed individuals,**

                    **Defendants**

---

### JOINT RULE 26(F) REPORT OF PARTIES' PLANNING MEETING

---

Plaintiffs GARY MONROE HOLIFIELD, individually and as next of kin of VICKI

ANNE HOLIFIELD, and the Estate of VICKI ANNE HOLIFIELD, STANLEY WRIGHT,

individually and as next of kin of VICKI ANNE HOLIFIELD, and the Estate of VICKI ANNE

HOLIFIELD, and ELIJAH ALEXANDER CONDICT, individually and as next of kin of VICKI

ANNE HOLIFIELD, and the Estate of VICKI ANNE HOLIFIELD**,** ("Plaintiffs") and

Defendants TIPTON COUNTY, TENNESSEE, and SHANNON BEASLEY**,** ("Defendants"), by

and through undersigned counsel, jointly submit this report describing their proposed discovery

plan, trial preparation deadlines, and describing the issues discussed by the parties during their

Rule 26(f) planning meeting on January 22, 2026, during which Paul Forrest Craig participated on behalf of the Plaintiffs and Nathan Tilly participated on behalf of the Defendants, pursuant to Federal Rule of Civil Procedure 26.

## REPORT OF THE PARTIES' PLANNING MEETING

**I.      Pre-Discovery Disclosures**

The parties will provide their Initial Disclosures as required by Federal Rule of Civil Procedure 26(a) by February 26, 2026.

**II.      Discovery Plan**

Discovery shall be taken with respect to the subjects of liability and damages. Disclosure or discovery of electronically stored information will be handled by producing electronically stored information in hard copy form. Counsel has discussed the categories of electronically stored information that may be subject of discovery and are making efforts to determine the accessibility of such information. The parties are not currently aware of any claims of privilege that are likely to arise, nor are the parties currently aware of any changes that should be made in the limitations of discovery imposed under these rules or by local rule.

The parties jointly propose to the Court the following discovery plan:

**MOTIONS TO JOIN PARTIES**:                                    **April 16, 2026**

**MOTIONS TO AMEND PLEADINGS**:                     **April 16, 2026**

**MOTIONS TO DISMISS**:                                          **April 16, 2026**

**ALTERNATIVE DISPUTE RESOLUTION:**

     (a)      **ADR DEADLINE PURSUANT TO ADR PLAN**

              **RULE 4.3(a):**                                          **May 14, 2026**

     (b)      **SELECTION OF MEDIATOR PURSUANT TO**

**ADR PLAN RULE 5.4(c)**:

**The parties will select a mediator by the deadline provided in ADR Plan Rule 5.4(c).**

**Stipulation Filing Date:  February 26, 2026**

| | |
|---|---|
| **COMPLETING ALL DISCOVERY**: | **December 11, 2026** |
| **(a) WRITTEN DISCOVERY:** | **November 11, 2026** |
| **(b) RULE 26 EXPERT WITNESS DISCLOSURES** | |
|       **PLAINTIFFS**: | **October 9, 2026** |
|       **DEFENDANTS**: | **November 9, 2026** |
| **EXPERT WITNESS DEPOSITIONS**: | **December 11, 2026** |
| **MOTIONS TO EXCLUDE EXPERTS/ DAUBERT MOTIONS:** | **December 31, 2026** |
| **FILING DISPOSITIVE MOTIONS**: | **January 11, 2027** |

Date: February 4, 2026


s/Paul Forrest Craig
Paul Forrest Craig #018359
Attorney for Plaintiff
44 N. Second St., Ste. 600
Memphis, TN 38103
(901) 526-7837

s/Nathan D. Tilly
Nathan D. Tilly
Pentecost, Glenn and Tilly, PLLC
162 Murray Guard Dr., Ste. B
Jackson, TN 38303

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2026, a copy of the foregoing Rule 26(f) Report was electronically filed and served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Nathan D. Tilly
Pentecost, Glenn and Tilly, PLLC
162 Murray Guard Dr., Ste. B
Jackson, TN 38303

s/Paul Forrest Craig