## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

GARY MONROE HOLIFIELD, individually and
as next of kin of VICKI ANNE HOLIFIELD,
and the Estate of VICKI ANNE HOLIFIELD,
STANLEY WRIGHT, individually and
as next of kin of VICKI ANNE HOLIFIELD,
and the Estate of VICKI ANNE HOLIFIELD,
and ELIJAH ALEXANDER CONDICT, individually
and as next of kin of VICKI ANNE HOLIFIELD,
and the Estate of VICKI ANNE HOLIFIELD,

        **Plaintiffs,**

v.                                                                    No.     **2:25-cv-02606-SHL-atc**

TIPTON COUNTY, TENNESSEE,
SHANNON BEASLEY, individually and in his
official capacity as Sheriff of Tipton County,
Tennessee,
KRYSTAL BERRY,
 and other unknown and unnamed individuals,

        **Defendants**

### NOTICE AND STIPULATION OF MEDIATOR

Pursuant to the Court's Scheduling Order (D.E. 21, PageID 99), Plaintiffs and

Defendants, Tipton County, Tennessee and Shannon Beasley, hereby provide notice to the Court

that the parties stipulate to John Burleson as mediator in this case.

Stipulated and agreed this 18th day of March, 2026.

        Respectfully submitted,

        s/Paul Forrest Craig
        Paul Forrest Craig #018359
        Attorney for Plaintiff
        44 N. Second St., Ste. 600
        Memphis, TN 38103

(901) 526-7837

s/Nathan D. Tilly
Nathan D. Tilly
Pentecost, Glenn and Tilly, PLLC
162 Murray Guard Dr., Ste. B
Jackson, TN 38303

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 18, 2026, a copy of the foregoing Notice and Stipulation of Mediator was electronically filed and served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Nathan D. Tilly
Pentecost, Glenn and Tilly, PLLC
162 Murray Guard Dr., Ste. B
Jackson, TN 38303

s/Paul Forrest Craig

3