# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

GARY MONROE HOLIFIED, individually
and as next of kin of VICKI ANNE
HOLIFIELD, and the estate of VICKI ANNE
HOLIFIELD, STANLEY WRIGHT,
Individually and as next of kin of VICKI
ANNE HOLIFIELD, and the estate of VICKI
ANNE HOLIFIELD, and ELIJAH
ALEXANDER CONDICT, individually and
and as next of kind of VICKI ANNE
HOLIFIELD, and the estate of VICKI ANNE
HOLIFIELD,

    Plaintiffs,

v.

TIPTON COUNTY TENNESSEE,
SHANNON BEASLEY, individually and in
his official capacity as Sheriff of Tipton
County, Tennessee, KRYSTAL BERRY,
and other unknown and known individuals,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:25-cv-02606-SHL-atc

---

## JUDGMENT

---

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiffs' Complaint, (ECF No. 1), filed on June 14, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 30), all claims by Plaintiffs against all Defendants are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 23, 2026
Date